Amy M. Gallegos (SBN 211379)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
amy.gallegos@hoganlovells.com

J. Robert Robertson
Corey W. Roush
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
robby.robertson@hoganlovells.com
corey.roush@hoganlovells.com
benjamin.holt@hoganlovells.com

Attorneys for Defendants
LABORATORY CORPORATION and
LABORATORY CORPORATION OF
AMERICA HOLDINGS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, et al,<br><br>Defendants. | Case No. SACV 10-1873 AG (MLGx)<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>[FILED UNDER SEAL]<br><br>Date: February 3, 2011<br>Time: 10:00 A.M.<br>Ctrm: 10D<br>Judge: Hon. Andrew J. Guilford |