Amy M. Gallegos (SBN 211379)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
amy.gallegos@hoganlovells.com

J. Robert Robertson
Corey W. Roush
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
robby.robertson@hoganlovells.com
corey.roush@hoganlovells.com
benjamin.holt@hoganlovells.com

Attorneys for Defendants
LABORATORY CORPORATION and
LABORATORY CORPORATION OF
AMERICA HOLDINGS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>LABORATORY CORPORATION<br>OF AMERICA, et al,<br><br>                    Defendants. | Case No. SACV 10-1873 AG (MLGx)<br><br>**EXHIBITS TO DEFENDANTS'<br>OPPOSITION TO PLAINTIFF<br>FEDERAL TRADE<br>COMMISSION'S MOTION FOR A<br>PRELIMINARY INJUNCTION**<br><br>**[VOLUME II]**<br><br>Date: February 3, 2011<br>Time: 10:00 A.M.<br>Ctrm: 10D<br>Judge: Hon. Andrew J. Guilford |

**INDEX TO EXHIBITS FILED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT NUMBER | DESCRIPTION | BATES NUMBER | PAGE NO. |
|---|---|---|---|
| LX-0208 | Dissenting Statement of Commissioner J. Thomas Rosch | | 27 |
| LX-0209 | 11/15/2010 Letter from R. Leibenluft to R. Feinstein | | 29 |
| LX-0301 | Declaration of James P. Mason | | 33 |
| LX-0302 | Declaration of Mary Dempsey | | 35 |
| LX-0303 | Declaration of Helene Beilman-Werner | | 37 |
| LX-0304 | Declaration of Gary M. Bohamed | | 40 |
| LX-0306 | Declaration of Robert O'Keefe | | 42 |
| LX-0307 | Declaration of Jill Martin | | 44 |
| LX-0406 | Declaration of Michael Aicher | | 46 |
| LX-0407 | Declaration of Thomas R. McCarthy and Lawrence Wu | | 140 |
| LX-0500 | Sandra Harris IH Transcript | | 206 |
| LX-0635 | Mainsail Partners Warm Deal Memo | JG000006-0000011 | 302 |
| LX-0637 | *The Australian* article "Sonic in $84m laboratory spending spree." | | 308 |
| LX-0638 | *Dark Daily* article: "Sonic Healthcare Buys California Clinical Pathology Laboratory Company." | | 310 |
| LX-0639 | Declaration of Vicki DiFrancesco and exhibits | PATH000001 - PATH000067 | 314 |
| LX-0641 | Capitated Lives Distribution Shares of LabCorp and Westcliff by County | | 397 |
| LX-0642 | Accession Distribution Shares of LabCorp and Westcliff by County | | 398 |
| LX-0643 | Contracted Capitated Rates | | 399 |
| LX-0644 | 6/4/2010 email from M.Pakkala to J. Klarfeld, et al | | 401 |
| LX-0645 | Declaration of Michael Aicher | | 437 |
| LX-0647 | Declaration of Nancy Stephenson | FTC-LCAP-001735– FTC-LCAP-001737 | 451 |
| LX-0649 | In The Matter of Quest Diagnostics Inc. v. Unilab Corp., Order to Maintain Assets | | 454 |
| LX-0650 | Quest Diagnostics 2003 Annual Report | | 170 |

| | | | |
|---|---|---|---|
| LX-0651 | Declaration of Daniel McCormick | | 579 |
| LX-0652 | Declaration of Leda Rogge | | 603 |
| LX-0654 | Declaration of  Helene Beilman-Werner | | 610 |
| LX-1605 | LabWest financial statement | | 614 |
| LX-1607 | Memo from Jon Braff | LCA-MCCD-0001942 | 618 |
| LX-1608 | Internal Summary from Joe Chiaro | LCA-MCCDe-0217810 | 619 |
| LX-1610 | Internal Summary from Sandy Harris | LCA-MCCDe-0110091 | 621 |
| LX-1611 | Internal Summary from Sandy Harris | LCA-HARSe-00220543 | 624 |
| LX-2103 | 8/19/2010 email from R. Swanson to S. Wilkerson | FTC-LCAE-004984 - FTC-LCAE-004988 | 631 |
| LX-2411 | Blue Shield Diversion Regs.log | | 636 |
| LX-2412 | PMPM regression | | 642 |
| LX-2415 | Estimated Annual Customer Savings for Difference in Price as Percent of Medicare for Managed Care FFS Contracts for WestCliff and LabCorp | | 655 |
| LX-2423 | Analyses of WestCliff and LabCorp's Capitated "Bids" | | 657 |
| LX-2428 | Bid data regression | | 659 |
| LX-5000 | Highlighted Deposition Transcript -- Shrider Ananthan | | 679 |
| LX-5001 | Highlighted Deposition Transcript -- Ion Baroi | | 720 |
| LX-5002 | Highlighted Deposition Transcript -- Jeff Glenn | | 750 |
| LX-5003 | Highlighted Deposition Transcript -- Robert O'Keefe | | 788 |
| LX-5004 | Deposition Transcript -- Fredrick Flyer | | 818 |
| LX-5005 | Highlighted Deposition Transcript -- David Zembick | | 874 |
| LX-5006 | Highlighted Deposition Transcript -- Rafael Gonzalez | | 893 |
| LX-5007 | Highlighted Deposition Transcript --Sam Lablue | | 911 |
| LX-5008 | Highlighted Deposition Transcript -- Yvonne Sonnenberg | | 927 |
| LX-5009 | Highlighted Deposition Transcript -- Daniel Shoemaker | | 951 |
| LX-5010 | Highlighted Deposition Transcript -- Richard Swanson | | 977 |
| LX-5011 | Deposition Transcript -- Lawrence Wu | | 1007 |

| LX-5012 | Highlighted Deposition Transcript -- Mary Dempsey | | 1081 |
|---------|---------------------------------------------------|--|------|
| LX-5013 | Highlighted Deposition Transcript -- Cindy Wiesner | | 1104 |
| LX-5014 | Highlighted Deposition Transcript -- David Carrish | | 1137 |
| LX-5015 | Highlighted Deposition Transcript --Noel Maring | | 1155 |
| PX-1147 | Exhibit 12(b), LabCorp Response to Specification 12, WestCliff Bids 2007-2010 | | 1180 |
| PX-1153 | Exhibit 12(a), LabCorp Response to Specification 12, LabCorp Bids 2005-2010 | | 1186 |
| LX-0653 | Declaration of Daniel Shoemaker | | 1195 |
| LX-1617 | October 29, 2009, Linden Presentation | | 1198 |
| LX-1554 | February 2, 2010, Bakersfield Letter | LCA-VERK-0000075 – LCA-VERK-0000076 | 1216 |
| LX-2744 | August 10, 2009, Mark Hayes Email | DGX-FTC2010-0202291 - DGX-FTC2010-0202295 | 1217 |

# FILED UNDER SEAL

# LX-2423

# FILED UNDER SEAL

# LX-2428

# FILED UNDER SEAL

# LX-5000

# FILED UNDER SEAL

# LX-5001

# FILED UNDER SEAL

# LX-5002

# FILED UNDER SEAL

# LX-5003

# FILED UNDER SEAL

# LX-5004

# FILED UNDER SEAL

# LX-5005

# FILED UNDER SEAL

# LX-5006

# FILED UNDER SEAL

# LX-5007

# FILED UNDER SEAL

# LX-5008

# FILED UNDER SEAL

# LX-5009

# FILED UNDER SEAL

# LX-5010

# FILED UNDER SEAL

# LX-5011

# FILED UNDER SEAL

# LX-5012

# FILED UNDER SEAL

# LX-5013

# FILED UNDER SEAL

# LX-5014

# FILED UNDER SEAL

# LX-5015

# FILED UNDER SEAL

# PX-1147

# FILED UNDER SEAL

# PX-1153

# FILED UNDER SEAL

# LX-0653

# FILED UNDER SEAL

# LX-1617

# FILED UNDER SEAL

# LX-1554

# FILED UNDER SEAL

# LX-2744