**FILED**

MAR 30 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FEDERAL TRADE COMMISSION, | No. 11-55293 |
| Plaintiff - Appellant, | D.C. No. 8:10-cv-01873-AG |
| v. | Central District of California, Santa Ana |
| LABORATORY CORPORATION OF AMERICA and LABORATORY CORPORATION OF AMERICA HOLDINGS, | ORDER |
| Defendants - Appellees. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

This is a preliminary injunction appeal.

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kathleen Boergers
Deputy Clerk

KB/MOATT